CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com
Attorney for Defendant
ROBERT HUGHES

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ROBERT HUGHES<br>　　　　Defendants. | CASE NO. 2:18-cr-00060-RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Brandon Jaroch, Assistant United States Attorney, Robert Hughes, by and through his attorney, Christopher R. Oram, that the hearing for Sentencing in the above captioned case set for December 12, 2018, at 1:00pm be vacated and continued approximately thirty (30) days to a date and time convenient to the Court.

This is the first request by counsel for a continuance of the Sentencing hearing in this case.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Hughes requires additional time to review the recently disclosed Presentence Investigation Report, to meet with Mr. Hughes, and to prepare any necessary sentencing documents.

2. The parties agree to the continuance.

3. The additional time requested by this Stipulation is made in good faith and not for purposes of delay.

1

4. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that "the court may, for good cause, change any limits prescribed in this rule".

5. This is the first stipulation to be filed herein.

/s/ Brandon Jaroch 12/05/18　　　　　　/s/ Christopher R. Oram　　12/05/18
BRANDON JAROCH　DATE　　　　　　CHRISTOPHER R. ORAM　　DATE
Assistant United States Attorney　　　　Counsel for Defendant Robert Hughes

### FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

Based upon the pending Stipulation and good cause appearing therefore, the Court finds:

1. Counsel for Mr. Hughes requires additional time to review the recently disclosed Presentence Investigation Report, to meet with Mr. Hughes, and to prepare any necessary sentencing documents.

2. The parties agree to the continuance.

3. The additional time requested is made in good faith and not for purposes of delay.

4. The time requested is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states "the court may, for good cause, change any limits prescribed in this rule".

5. This is the first stipulation to be filed herein.

### ORDER

IT IS THEREFORE ORDERED that Defendant Hughes Sentencing scheduled for December 12, 2018, at 01:00 pm be vacated and continued to January 18, 2019 at the hour of 2:00 PM.

DATED this 6th day of December, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE